

**IC System**

P.O. Box 64437
St. Paul, MN  55164-0437

444 Highway 96 East, PO Box 64378
St. Paul, MN 55164-0378
www.yourpayment.com
Toll-Free No: 866-483-8593

26

March 14, 2016

|||ı·|||||ı·|ı·||||ı·ı·||ı||·ı·ı·||·ı·ı·ı·ı·|ı·|||||ı·|||ı·ı·|ı·ı·|ı·|ı·ı·|ı·|ı·ı
Lyndon Brown

| ACCOUNT SUMMARY | |
|---|---|
| Creditor: Time Warner Cable | |
| Account No: ████████9954 | |
| I.C. System Reference No: ████████1-1-19 | |
| Equipment Balance Due: | $375.00 |
| Service Charges Due: | $79.01 |
| **BALANCE DUE:** | **$454.01** |
| $0.00 has been Paid Since Placement | |

Lyndon Brown:

Your recently disconnected account has been forwarded to I.C. System, Inc. to help facilitate resolution of the balance and any outstanding equipment.

Our records indicate you are being charged for equipment belonging to Time Warner Cable. You may still return this equipment and credit will be applied to your account for the amount listed to the right. If this is not done, you will be responsible for the total balance to our client, Time Warner Cable.

If you will be receiving a tax refund and would like to use it to pay your account, please call us to make payment arrangements.

We are a debt collector attempting to collect a debt and any information obtained will be used for that purpose.

## NOTICE

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, we will assume this debt is valid. If you notify us in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, we will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you make a request in writing within 30 days after receiving this notice we will provide you with the name and address of the original creditor, if different from the current creditor.

New York law requires the following notice: In accordance with the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq., debt collectors are prohibited from engaging in abusive, deceptive, and unfair debt collection efforts, including but not limited to (i) the use or threat of violence, (ii) the use of obscene or profane language, and (iii) repeated phone calls made with the intent to annoy, abuse or harass. If a creditor or debt collector receives a money judgment against you in court, state and federal laws prevent the following types of income from being taken to pay the debt:  Supplemental security income (SSI) / Social Security / Public Assistance (Welfare) / Spousal Support, Maintenance (Alimony) or Child Support / Unemployment Benefits / Disability Benefits / Workers' Compensation Benefits / Public or Private Pensions / Veterans' Benefits / Federal Student Loans / Federal Student Grants / Federal Work Study Funds / 90% of your wages or salary earned in the last 60 days.

New York City Department of Consumer Affairs License No. 0908324 and 1266437.

PAYMENT OPTIONS

➢  Billing Phone Number: _____

Pensions / Veterans' Benefits / Federal Student Loans / Federal Student Grants / Federal Work Study Funds / 90% of your wages or salary earned in the last 60 days.

New York City Department of Consumer Affairs License No. 0908324 and 1266437.

0510 - System - 067870327 - 1SC - ICSystem.WFD - 623667 - 00009019 - 05101SC

---

### PAYMENT OPTIONS



Make online payment at:
www.yourpayment.com
Reference No ███████-1-1-19
PIN: 11429



Mail check or money order payable to
I.C. System, Inc. with this portion of letter.
Include Reference Number 10 ████-1-1-19.

Call us: 866-483-8593.

➢ Billing Phone Number: _____

➢ E-Mail Address: _____

➢ Address Changed? Make Changes Below

Lyndon Brown

████████████████████

I.C. System, Inc.
PO Box 64378
Saint Paul, MN 55164-0378

⋏ Pay to ⋏



Copyright @2016 IC System | All Rights Reserved